```
                     IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:04CR3144 |
| v. | ) | |
| | ) | |
| MATTHEW C. ZEIGER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED:

   The oral motion of counsel for the defendant is granted and the time of the plea hearing on July 20 is changed from 11:00 a.m. to 1:00 p.m.

   DATED this 18th day of July, 2005.

                                        BY THE COURT:

                                        s/ *David L. Piester*
                                        David L. Piester
                                        United States Magistrate Judge