IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3144 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MATTHEW C. ZEIGER, | ) | |
| | ) | |
| Defendant. | ) | |

There has been a mixup notifying the defendant of when and where to self-surrender.  To remedy the situation,

IT IS ORDERED THAT:

1. The self-surrender date of April 10, 2006 is extended.

2. The defendant shall self-surrender at the place designated by the Bureau of Prisons no later than 2 p.m. on May 1, 2006.

April 7, 2006.                                BY THE COURT:

                                              *s/Richard G. Kopf*
                                              United States District Judge